April 24, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

BERNARD FELDMAN, Appellant

NO. 14-11-00184-CV                    V.

RICHARD KIM, PULIN PANDYA, R. EMMETT MCDONALD, JUAN STERN, HOUSTON UROLOGY PARTNERS, P.A., 2724 YALE STREET PARTNERSHIP, L.P., AND 2724 MANAGEMENT COMPANY, L.L.C., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Richard Kim, Pulin Pandya, R. Emmett McDonald, Juan Stern, Houston Urology Partners, P.A., 2724 Yale Street Partnership, L.P., and 2724 Management Company, L.L.C., signed January 31, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellees, Richard Kim, Pulin Pandya, R. Emmett McDonald, Juan Stern, Houston Urology Partners, P.A., 2724 Yale Street Partnership, L.P., and 2724 Management Company, L.L.C., jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.